


# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

Melany Navarro Sanchez

**Plaintiff,**

**V.**

See Attached

**Defendant.**

**Civil Action No.** 25-cv-2396-JES-MMP

## CLERK'S JUDGMENT IN A CIVIL CASE

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

Petitioner's Writ of Habeas Corpus is Granted. Respondents are Ordered to immediately release Petitioner from custody, subject to the conditions of her preexisting parole and Form I-95. The Parties are Ordered to file a Joint Status Report, confirming that Petitioner has been released. Joint Status Report filed on 9/30/2025 confirming the Petitioner was released from ICE custody. The case is hereby closed.

**Date:** 9/30/25

**CLERK OF COURT**
**JOHN MORRILL, Clerk of Court**
By: s/ M. Quinata
M. Quinata, Deputy

# United States District Court

**SOUTHERN DISTRICT OF CALIFORNIA**

(ATTACHMENT)

**Civil Action No.** 25-cv-2396-JES-MMP

v.

Respondents:

Christopher LaRose, Facility Administrator at Otay Mesa Detention Center, San Diego, California;

Patrick Divver, Field Office Director of San Diego Office of Detention and Removal, U.S. Immigrations and Customs Enforcement;

U.S. Department of Homeland Security;

Todd M. Lyons, Acting Director, Immigration and Customs Enforcement, U.S. Department of Homeland Security;

Kristi Noem, in her Official Capacity, Secretary, U.S. Department of Homeland Security;

Pam Bondi, in her Official Capacity, Attorney General of the United States